DOA: 4-28-25

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | **CRIMINAL COMPLAINT** |
| v. | Case No.: 25-8272 MJ |
| Ian William Moses | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about April 27, 2025, in the District of Arizona, the defendant, IAN WILLIAM MOSES maliciously damaged and destroyed, and attempted to damage and destroy, a Tesla Cybertruck, vin#XXXXXXXXssdf, by means of fire.

The Tesla Cybertruck was located at the Tesla Dealership in Mesa, Arizona, and the vehicle was used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 844(i)

I further state that I am a Special Agent for the Alcohol, Tobacco, Firearms and Explosives Agency and that this complaint is based on the following facts:

**See Attached, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

REVIEWED BY AUSA: Raymond K. Woo

| | |
|---|---|
| Cory Borkenhagen | |
| Name of Complainant | Signature of Complainant |

Sworn to telephonically before me

| | | |
|---|---|---|
| 4-28-25 | at | Phoenix, Arizona |
| Date | | City and State |

| | |
|---|---|
| HONORABLE JOHN Z. BOYLE | |
| United States Magistrate Judge | |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

## AFFIDAVIT OF PROBABLE CAUSE

I, Special Agent Cory Borkenhagen, being first duly sworn, hereby state:

## INTRODUCTION

1.      As described further below, this affidavit sets forth probable cause that on or about April 28, 2025, in the District of Arizona, the defendant, Ian William Moses, committed the crime of Malicious Damage to a Vehicle by Means of Fire, a violation of 18 U.S.C. § 844(i).

## AGENT BACKGROUND

2.      I am a Special Agent, Bomb Technician and Certified Explosives Specialist with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been since January 31, 2010.  In 2010, I completed the Criminal Investigator Training Program and ATF Special Agent Basic Training Course in Glynco, GA.  I previously worked as a police officer in Moorhead, MN from 1999 to 2010.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators, or witnesses. This affidavit is intended merely to show that there is sufficient probable cause for issuance of the complaint and does not set forth all of my knowledge about this matter. Statements recited are set forth in substance and in part unless otherwise indicated.

## PROBABLE CAUSE

4.     On April 28, 2025, and at approximately 2:00 a.m., the Mesa Police Department responded to the Tesla car dealership ("subject Tesla dealership") on East Hampton Avenue in Mesa, AZ.   Upon arrival, the officers observed a silver Tesla Cybertruck ("the silver Cybertruck") engulfed in flames.   The Cybertruck was assigned vehicle identification number ("VIN") of XXXXXXXXXXXX70600, was owned by Tesla, Inc., ("Tesla") and was listed for sale to the public.   The responding officers also observed the words "Theif," spray-painted in black onto an outside wall of the subject Tesla dealership.   Your affiant's agency arrived on scene sometime after 3 a.m.

5.     Through the investigation, your affiant has learned that the Tesla dealership is owned by Tesla.   Tesla is headquartered in Austin, Texas, and operates numerous motor vehicle dealerships and service centers nationwide and internationally that provide appointments, repairs, test drives, charging stations, and purchases of Tesla vehicles.   The subject Tesla dealership is one such dealership/service center. The subject Tesla dealership advertises through their website, Tesla.com, for these services and can conduct sales and financial transactions with anyone in the United States. The subject Tesla dealership also performs vehicle services, such as maintenance and repairs for customers residing in and traveling from states outside of Arizona. The subject Tesla dealership holds vehicle inventory that has been shipped in interstate commerce from Austin, Texas, and elsewhere, and used in interstate commerce or involved in an activity effecting interstate or foreign commerce.

2

6.    Numerous recorded videos of the incident were provided to law enforcement from Tesla.  Some of the videos were taken by Tesla vehicles on the property that had their anti-theft systems triggered.  Other videos were taken from the subject Tesla dealership's exterior cameras.  Your affiant reviewed some of the videos taken over the relevant time period and observed a male wearing a dark hooded sweatshirt, tan ballcap, grey pants, black boots and black mask at the dealership.  The male also carried a black backpack and, at times, a red plastic gas container.  The following image was recorded by a Tesla vehicle.



**Image 1, Male with Red Plastic Gas Container**

7.    During the videos, the male placed what appeared to be fire starter logs next to three areas on the outside wall of the subject Tesla dealership.

3



**Image 2, Male Removing Fire Starter Log from Backpack**

8.     At some point, the male can be seen pouring a liquid from the red plastic gas

container onto the fire starter logs, the dealership wall, and onto Tesla vehicles.

4



**Image 3, Male Splashing Liquid onto Dealership Wall**

9.     At approximately 1:38 a.m., it appears that the male then used a lighter device to ignite the starter logs; leading a fire that engulfed the silver Cybertruck.   The photos below reflect the present state of the silver Cybertruck.

5



**Image 4, Front of Silver Cyber truck**



**Image 5, Left Side of Silver Cyber Truck**

10.    Your affiant also observed the male running away from the silver Cybertruck

and leaving on a dark colored bicycle.

6

11.     Your affiant learned that at, approximately 3:00 a.m. time, Mesa Police officers located a white 2010 Chrysler Town and Country van at the intersection of South Rowen and East Flower Avenue in Mesa, AZ. This is located approximately a quarter mile from the subject Tesla dealership. The officers observed a male wearing a dark hooded sweatshirt, grey pants, and black boots ride up to the parked van on a dark colored bicycle. The Mesa police officers initiated an arrest as the male matched the description of the person recorded at the Tesla dealership. The officers identified the male as Ian William Moses, DOB X/XX/90, through his Arizona Driver's License, and learned he was the registered owner of the white 2010 Chrysler Town and Country van.

12.     The Mesa police officers located a black backpack in the van that was consistent with the backpack observed on the recordings from the subject Tesla dealership. Within the backpack, the officers discovered a black mask, a red plastic gas can, a lighter, and a black spray paint can. The Mesa police officers also discovered a handwritten overview map in Ian William Moses's possession. The handwritten map depicted the location of the subject Tesla dealership as a box with a letter "T".



**Image 6, Handwritten Map Carried by Ian Moses**

<u>**CONCLUSION**</u>

13.     Based on the foregoing, there is probable cause to believe Ian William Moses committed the crime of Malicious Damage to a Vehicle in Interstate Commerce by Means of Fire on April 28, 2025.

14.     This affidavit is being sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and attest that there is sufficient evidence to establish probable cause that the

8

defendant committed the crimes alleged.

Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

Cory Borkenhagen
Special Agent, ATF

Subscribed and sworn to me telephonically this 28 day of April, 2025.

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge

9